**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MATTHEW HOPKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GP STRATEGIES CORPORATION, SCOTT )<br>N. GREENBERG, TAMAR ELKELES, )<br>MARSHALL S. GELLER, STEVEN E. )<br>KOONIN, JACQUES MANARDO, )<br>RICHARD C. PFENNIGER, JR., SAMUEL )<br>D. ROBINSON, and ADAM H. STEDHAM, )<br>)<br>Defendants. ) | Case No. 2:21-cv-04054-ER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 30, 2021

**GRABAR LAW OFFICE**

By: _Joshua H. Grabar_

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*